IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN CAHILL COOKER | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-2667 |
| | : | |
| MEADOWOOD CORPORATION | : | |

**ORDER**

This 20th day of September, 2021, it is hereby **ORDERED** that Defendant's Motion to Dismiss for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12 (b)(6), ECF 14, is **GRANTED** as follows:

1. Plaintiff's claims for intentional infliction of emotional distress and negligence are **DISMISSED** with prejudice.

2. Plaintiff's claim for negligent infliction of emotional distress is **DISMISSED** without prejudice.

3. Plaintiff is **GRANTED** leave to file an amended complaint with respect to the negligent infliction of emotional distress claim within 14 days, in accordance with the limitations set forth in the accompanying memorandum.

    /s/ Gerald Austin McHugh
United States District Judge