## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHLEEN CAHILL COOKER          :
                                :
          v.                    :          CIVIL ACTION NO. 21-2667
                                :
MEADOWOOD CORPORATION           :

---

## ORDER

This 8th day of November 2021, it is hereby **ORDERED** that Defendant's Motion to

Dismiss for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12 (b)(6), ECF 26, is

**GRANTED**.  Plaintiff's Complaint is **DISMISSED** with prejudice.


                                          /s/ Gerald Austin McHugh
                                          United States District Judge